MR. KENNETH NICHOLSON, DIN#09-A-5751
WENDE CORRECTIONAL FACILITY
WENDE ROAD P.O. BOX 1187
ALDEN, NEW YORK 14004-1187
FEBRUARY 28, 2013



UNITED STATES DISTRICT COURT CLERK
SOUTHERN DISTRICT FOR NEW YORK
500 PEARL STREET
NEW YORK, N.Y.

RE: 13-CIV-323 (UA)

I AM WRITING TO YOU ASKING TO PLEASE RETURN TO ME TODAY ALL
OF THE DOCUMENTS I SUBMITTED TO YOUR OFFICE REGARDING THE ABOVE
CASE NUMBER, I AM REQUESTING TO WITHDRAW THIS CASE AND I NOT
BE CHARGED THE FEDERAL FILING FEE OF $350.00°°, I DO NOT WISH
PROCEED WITH THE ACTION AT THIS TIME SO PLEASE AT YOUR FIRST
AVAILABLE TIME PLEASE RETURN THE REQUEST DOCUMENTS TO ME, THANK
IN ADVANCE FOR YOUR TIME AND ASSISTANCE IN THIS MATTER GOD BLESS!

RESPECTFULLY SIGNED,

KENNETH NICHOLSON,



**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: <u>MR. KENNETH NICHOLSON</u> DIN:<u>09-A-5751</u>



LEGAL & CONFIDENTIAL MAIL

MAILED ON <u>02/28/2013</u>

UNITED STATES DISTRICT COURT, <u>CLERK</u>
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, N.Y. 10007

049J82020255
$00.460
03/01/2013
Mailed From 14004
US POSTAGE
neopost