UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
KENNETH NICHOLSON, DIN 09A5751
                PLAINTIFF,

-AGAINST-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/24/13

BRIAN FISCHER, COMMISSIONER;
MICHAEL CAPRA, SUPERINTENDENT;
WILLIAM KEYSER, D.S.S.;
E. MEJIA, SECURITY CAPTAIN;
NEVINS, CORRECTION SERGEANT;
F. MALAVE, SERGEANT/IGP SUPERVISOR;
T. SUMPTER-PATTERSON, O.R.C.;
L. CAMPBELL, S.O.R.C.;
MAINE, CORRECTION OFFICER;
DUGGINS, CORRECTION OFFICER;
MILLER, CORRECTION OFFICER;
AND IN THEIR OFFICIAL CAPACITIES.
                DEFENDANTS
--------------------------------------X

13-CV-0323(TPG)(KNF)

REQUEST APPOINTMENT
OF COUNSEL

RECEIVED MAY 24 2013 PRO SE OFFICE

1-) KENNETH NICHOLSON

2-) I NEED I A LAWYER IN THIS CASE BECAUSE I AM A LAME TO THE LAW, AND I AM CURRENTLEY ASSIGNED TO PROTECTIVE CUSTODY AND WE/I HAVE LITTLE TO NO ACCESS TO THE LAW LIBRARY AND/OR LEGAL RESEARCH.

3-) I HAVE WROTE NUMEROUS LETTERS TO LAWYERS/LAW FIRM'S SEEKING REPRESANTATION AND NONE HAVE AGREED TO REPRESENT ME.

4-) I NEED AN ENGLISH SPEAKING ATTORNEY

5-) I UNDERSTAND IF A LAWYER VOLUNTEERS TO REPRESENT ME AND MY LAWYER LEARNS THAT I CAN AFFORD TO PAY FOR A LAWYER, THE LAWYER MAY GIVE THIS INFORMATION TO THE COURT.

6-) I UNDERSTAND THAT IF MY ANSWERS ON MY REQUEST TO PROCEED IN FORMA PAUPERIS ARE FALSE MY CASE MAY BE DISMISSED.

7-) I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: MAY, 21, 2013
ELMIRA, N.Y.

RESPECTFULLY SUBMITTED

Kenneth Nicholson
Plaintiff Pro se

CC: COUNSEL FOR DEFENDANTS
Eric T. Schniederman ESQ


RECEIVED MAY 23 2013 PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
KENNETH NICHOLSON, DIN#09-A-5751
                    PLAINTIFF,

                                           13 CIV 0323 (TPG)(KNF)
                                           REQUEST TO PROCEED IN
         -AGAINST-                         FORMA PAUPERIS


BRIAN FISCHER,
MICHAEL CAPRA,
WILLIAM KEYSER,
E.MEJIA,
NEVINS,
F.MALAVE,
T.PATTERSON,
MAIRE,
DUGGINS,
MILLER,
    (AND THEY OFFICIAL CAPACITIES)
                    DEFENDANT(S),
-------------------------------------x


I, KENNETH NICHOLSON, AM THE PLAINTIFF/PETITIONER IN THE ABOVE
ENTITLED CASE AND I HEREBY REQUEST TO PROCEED IN FORMA PAUPERIS
AND WITHOUT BEING REQUIRED TO PREPAY FEES OR COSTS OR GIVE
SECURITY. I STATE THAT BECAUSE OF MY POVERTY I AM UNABLE TO
PAY THE COST OF SAID PROCEEDING OR GIVE SECURITY THEREFOR, AND
THAT I BELIEVE I AM ENTITLED TO REDRESS.


(1). I AM NOT PRESENTLY EMPLOYED THEREFOR PARAGRAPH(S) (A) AND
     (B) NOT APPLICABLE,

(2).
    (A). AROUND 2005 I STARTED EMPLOYMENT AND MY TERMINATION
         WAS SOME WHERE AROUND 2009,
    (B). MY MONTHLY EARNINGS WERE ABOUT $2,700.00 TO $3,500.00
         A MONTH NOT EXACTLY SURE HAVE NOT WORKED IN NEARLY
         4-YEARS,

(3). I RECEIVED MONEY FROM THE LAST SOURCES IN THE PAST (12) MONTHS
     FROM MY WIFE AND OTHER FAMILY MEMBERS PERIODICALLY NOT
     EXCEEDING $150.00 DOLLARS AT A TIME,
    (A). I DO NOT RECEIVE ANY PUBLIC BENEFITS.
    (B). I DO NOT RECEIVE INCOME FROM ANY OTHER SOURCE.

(4). I DO NOT HAVE ANY MONEY INCLUDING ANY MONEY IN A CHECKING OR SAVINGS ACCOUNT,

(5). I DO NOT OWN ANY APARTMENT, HOUSE, OR BUILDING, STOCK, BOND, NOTE, AUTOMOBILES OR OTHER PROPERTY,

(6). I DO NOT PAY MORTGAGE,

(7). I DO NOT PAY MONEY TO SUPPORT ANYONE,

(8). THE COURT SHOULD DEFINITELY CONSIDER THE FACT THAT THE PLAINTIFF IS CONFINED TO PROTECTIVE CUSTODY AND ONLY CURRENTLY RECEIVE $4.50 EVERY 2-WEEKS FROM THE PRISON IDLE PAY WADEGES DO TO TYPICAL HARDSHIP PLAINTIFF LOVED ONES IS EXPERIENCING AND THAT PLAINTIFF IS ONLY CONFINED TO PROTECTIVE CUSTODY DO TO THE CLAIM(S) ARISING WITHIN THIS COMPLAINT [PAGE 1 OF 2] AND PLAINTIFF RESPECTFULLY ASK THE COURT TO PLEASE **ALLOW** HIM TO BRING THIS COMPLAINT TO THE COURTS AND PROCEED IN FORMA PAUPERIS STATUS, AND THAT THE COURTS WILL DEFINITELY BE PAID THE $350.00 FILING FEES OVER THE COURSE OF TIME. AND THAT ALSO PLAINTIFF HAS NOT RECEIVED MONEY FRO FAMILY LOVED ONES OR FRIENDS OR WIFE SINCE SEPTEMBER 2012.
I UNDERSTAND THAT THE COURT SHALL DISMISS THIS CASE IF I GIVE A FALSE ANSWER TO ANY QUESTIONS IN THIS DECLARATION.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

SIGNED THIS **21** DAY OF **MAY** 2013

X _____
PLAINTIFF PRO SE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



## PRISONER AUTHORIZATION

RE: KENNETH NICHOLSON DIN#09-A-5751 -V- BRIAN FISHER
              PLAINTIFF,     MICHAEL CAPRA
                                WILLIAM KEYSER
                                E.MEJIA
                                NEVINS
                                P.MALAVE
                                T.PATTERSON
                                L.CAMPBELL
                                MAINE
                                MILLER
                                DUGGINS
                                    DEFENDANT(S),

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THE COURT WITHIN FORTY-FIVE(45) DAYS FROM THE DATE OF THIS NOTICE.**

     THE PRISON LITIGATION REFORM ACT("PLRA" OR " ACT ") AMENDS THE IN FORMA PAUPERIS STATUE (28 U.S.C. § 1915)AND APPLIES TO YOUR CASE. UNDER PLRA, YOU ARE REQUIRED TO PAY THE FULL FILING FEE WHEN BRINGING A CIVIL ACTION IF YOU ARE CURRENTLY
IF YOU ARE CURRENTLY INCARCERATED OR DETAINED IN A FACILITY. IF YOU DO NOT HAVE SUFFICIENT FUNDS IN YOUR PRISON ACCOUNT AT THE TIME YOUR ACTION IS FILED, THE COURTS MUST ASSES AND COLLECT PAYMENTS UNTIL THE ENTIRE FILING FEE OF $350.00 HAS BEEN PAID, NO MATTER WHAT THE OUTCOME OF THE ACTION.

************************************************************

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I,KENNETH NICHOLSON, REQUEST AND AUTHORIZE THE AGENCY HOLDING ME IN CUSTODY TO SEND TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, A CERTIFIED COPY OF MY PRISON ACCOUNT STATEMENT FOR THE PAST SIX MONTHS. I FURTHER REQUEST AND AUTHORIZE THE AGENCY HOLDING ME IN CUSTODY TO CALCULATE THE AMOUNT SPECIFIED BY 28 U.S.C. § 1915(B), TO DEDUCT THOSE AMOUNTS FROM MY PRISON TRUST ACCOUNT(OR INSTITUTIONAL EQUIVALENT) AND TO DISBURSE THOSE AMOUNTS TO THE UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, THIS AUTHORIZATION SHALL APPLY TO ANY AGENCY INTO WHO CUSTODY I MAY BE TRANFERRED.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

MAY 21, 2012
DATE SIGNED                                                            PLAINTIFF PRO SE

MAY 21, 2013.
DATE SIGNED

X _Kenneth Nicholson_
PLAINTIFF PRO SE

N.Y.S.I.D#01236106M
CORRECTIONAL I.D#09A5751

KENNETH NICHOLSON
[ DIN#09-A-5751]
ELMIRA CORR FAC
P.O. BOX 500
ELMIRA, N.Y. 14902

I DECLARE UNDER THE PENALTY PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED THIS 21, DAY OF, MAY, 2013

X _Kenneth Nicholson_
PLAINTIFF PRO SE SIGNATURE

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Kenneth M. Jackson    DIN: 09A5751



ELMIRA
CORRECTIONAL FACILITY

049J82055324
$00.460
05/22/2013
Mailed From 14901
US POSTAGE

United States District Court
Southern District of New York
Pro-Se Office
500 Pearl Street
New York, N.Y. 10007

Legal & Confidential
Mailed: 5/20/2013