UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KENNETH NICHOLSON,

      Plaintiff,

- against -

BRIAN FISCHER, et al.,

      Defendants.
-----------------------------------------------------------X

13 Civ 0323(TPG)

Pro Se

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated July 10, 2013, and all other prior pleadings and proceedings herein, the undersigned, on behalf of defendant the State of New York, will move this Court, before the Honorable Thomas P. Griesa, United States District Judge, at the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(6) of the Fed. R. Civ. P. granting defendants' motion to dismiss for defendants Brian Fischer, Michael Capra, William Keyser, Emil Mejia, Francisco Malave, and Laurie Campbell, for lack of personal involvement.

Additionally, Tijuana Patterson should be dismissed because verbal harassment does not rise to the level of a constitutional deprivation.

Dated: New York, New York
July 10, 2013

>	Respectfully submitted,
>
>	ERIC T. SCHNEIDERMAN
>	Attorney General for the State of New York
>	<u>Attorney for Defendants</u>
>	By:
>
>	_____
>	JASON M. CLARK
>	Assistant Attorney General
>	120 Broadway, 24th Floor
>	New York, New York 10271
>	Tel. (212) 416-6296

TO: Kenneth Nicholson
09-A-5751
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902-0500