MR. KENNETH NICHOLSON, DIN# 09-A-5751
GREATMEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
MAY 22nd, 2014

MS. RUBY J. KRAJICK, CHIEF CLERK;
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312



14cv2729

RE: **NICHOLSON-V-FISCHER,13-CIV-00323(TPG)(KNF)/NICHOLSON-V-ANNUCCI,14-CIV-????,**

DEAR MS. KRAJICK,
I AM WRITING TO YOU FOR SEVERAL REASON'S FIRST BEING IS THAT ON OR ABOUT APRIL 1st, 2014, I FILED AN CIVIL RIGHT'S COMPLAINT PURSUANT TO 42 U.S.C. § 1983, NAMING AS DEFENDANT'S ANTHONY ANNUCCI; PATRICK GRIFFIN; MARK ROYCE; JOHN FRUNZI; RYAN SOUTHARD; AND CLIVE WIATHE; MA'AM TO DATE I HAVE NOT HEARD ANY RESPONSE FROM THE COURT'S REGARDING THIS COMPLAINT, I HAVE NOT BEEN ISSUED A CASE NUMBER TO DATE OR ANYTHING I DO INFACT STILL HAVE A COPY OF THE COMPLAINT IN THE EVENT THE COURT'S NEVER RECEIVED MY COMPLAINT, MY ADDRESS HAS CHANGED FROM THE TIME I FILED THIS ACTION, MY ADDRESS THEN WAS SULLIVAN CORRECTIONAL FACILITY, P.O. BOX 116, FALLSBURG, N.Y. 12733-0116, MY NEW ADDRESS IS ABOVE ON THE HEADING OF THIS LETTER, PLEASE CONTACT ME BACK AT YOUR EARLIEST CONVENIENCE REGARDING THE FOREGOING MATTER.....
SECOND MA'AM I WROTE NUMEROUS LETTER'S TO THE CLERK'S/PRO SE OFFICE/PRO SE STAFF ATTORNEY'S AND THEY WILL NOT PROVIDE TO ME A COPY OF THE MEMORANDUM-OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS‖SUMMARY JUDGMENT AND EXHIBIT'S THAT ARE ANNEXED/ATTACHED THERETO IN THE CASE#13-CIV-00323(TPG)(KNF), THE JUDGE RECENTLY GRANTED ME A LEAVE TO AMEND MY COMPLAINT AND AS YOU MAY KNOW I HAVE A DEADLINE DATE I REALLY REALLY BEG YOU TO PLEASE SEND TO ME TODAY OR AS SOON AS POSSIBLE THEREAFTER A COPY OF THE ABOVE REQUESTED DOCUMENT'S AS THEY ARE ESSENTIAL TO CORRECTLY FILING/WRITING MY AMENDED COMPLAINT, ALSO IF YOU WOULD PLEASE ENCLOSE A COPY OF THE ORGINAL FILED COMPLAINT AS WILL I WOULD HIGHLY APPRECIATE IT THANK YOU IN ADVANCE FOR ANY ASSISTANCE YOU

MAY PROVIDE TO ME IN THIS MATTER AGAIN MS. KRAJICK AS YOU SHOULD KNOW THAT THIS IS A TIME SENSITIVE MATTER, PLEASE ACKNOWLEDGE RECEIPT OF THIS LETTER/ REQUEST ONCE YOU ARE IN RECEIPT OF IT SO THAT I KNOW THAT YOU HAVE RECEIVED MY REQUEST, AGAIN I THANK YOU IN ADVANCE FOR YOUR ASSISTANCE IN THIS MATTER AND I LOOK FORWARD TO AN IMMEDIATE RESPONSE AGAIN GOD BLESS!!!!!

SINCERELY & RESPECTFULLY

MR KENNETH NICHOLSON
PLAINTIFF PRO SE

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: MR. KENNETH NICHOLSON DIN 09-A-5751

Great Meadow

Correctional Facility



MS RUBY J KRAJICK, CHIEF CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

LEGAL MAIL