Mr. Kenneth Nicholson
Great Meadow Correctional Facility
Box 51
Comstock, New York 12821-0051
June 30th, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/7/2014

**Change of address**

Ms. Ruby J. Krajick, Chief Clerk;
United States District Court
(Southern District of New York
500 Pearl Street
New York, New York 10007-1312

14 cv 2729
13 cv 323

JUL 7 2014
PRO SE OFFICE

RE: NICHOLSON-v-FISCHER, ET AL, 13-CIV-00323 (TPG)(KNF)

Ms. Krajick as I conveyed to the courts al-ready in the above action as well as Nicholson-v-Annucci et.al, 14-CIV-02729(NSR)(LMS) My Address has changed to Kenneth Nicholson Din#09A5751, Great meadow correctional facility, Box 51, Comstock, New York 12821-0051 Also in Nicholson-v-Annucci et.al, 14-CIV-02729(NSR)(LMS) I need a Litigation Manual for Pro se Litigants appearing before the U.S.D.C S.D.N.Y I loos my old one during a cell move;

Further as you know in Nicholson-v-Fischer 13-CIV-00323 (TPG)(KNF) My Deadline is for 7/11/14, I've Requested from your office numerous times a copy of (my) Plaintiffs' Memorandum In Law In opposition to Defendants motion to Dismiss, as well as the Exhibits annexed to my Plaintiffs' Memorandum Of Law In Opposition
(Page 1-of-4)

TO DEFENDANTS MOTION TO DISMISS I NEED THOSE EXHIBITS AND MY MEMORANDUM OF LAW IN OPPOSITION AS SOON AS POSSIBLE MY DAYS are numbered MS Krajicks I know your very busy But Please Respond to this Request today And supply me with a copy of the The EXHIBITS ATTACHED TO MY Plaintiffs' memorandum of law In opposition to Defendants motion to Dismiss Cause you Did not supply it when you Responded to the Enclosed letter.

Thank you & God Bless

Sincerely Yours

Kenneth Nicholson
Plaintiff Pro Se

MR. KENNETH NICHOLSON, DIN# 09-A-5751
GREATMEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
MAY 22nd, 2014

MS. RUBY J. KRAJICK, CHIEF CLERK;
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312



14cv2729

RE: NICHOLSON-V-FISCHER, 13-CIV-00323(TPG)(KNF)/NICHOLSON-V-ANNUCCI, 14-CIV-????,

DEAR MS. KRAJICK,
I AM WRITING TO YOU FOR SEVERAL REASON'S FIRST BEING IS THAT ON OR ABOUT APRIL 1st, 2014, I FILED AN CIVIL RIGHT'S COMPLAINT PURSUANT TO 42 U.S.C. § 1983, NAMING AS DEFENDANT'S ANTHONY ANNUCCI; PATRICK GRIFFIN; MARK ROYCE; JOHN FRUNZI; RYAN SOUTHARD; AND CLIVE WIATHE; MA'AM TO DATE I HAVE NOT HEARD ANY RESPONSE FROM THE COURT'S REGARDING THIS COMPLAINT, I HAVE NOT BEEN ISSUED A CASE NUMBER TO DATE OR ANYTHING I DO INFACT STILL HAVE A COPY OF THE COMPLAINT IN THE EVENT THE COURT'S NEVER RECEIVED MY COMPLAINT, MY ADDRESS HAS CHANGED FROM THE TIME I FILED THIS ACTION, MY ADDRESS THEN WAS SULLIVAN CORRECTIONAL FACILITY, P.O. BOX 116, FALLSBURG, N.Y. 12733-0116, MY NEW ADDRESS IS ABOVE ON THE HEADING OF THIS LETTER, PLEASE CONTACT ME BACK AT YOUR EARLIEST CONVENIENCE REGARDING THE FOREGOING MATTER.....
SECOND MA'AM I WROTE NUMEROUS LETTER'S TO THE CLERK'S/PRO SE OFFICE/PRO SE STAFF ATTORNEY'S AND THEY WILL NOT PROVIDE TO ME A COPY OF THE MEMORANDUM-OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS"SUMMARY JUDGMENT AND EXHIBIT'S THAT ARE ANNEXED/ATTACHED THERETO IN THE CASE#13-CIV-00323(TPG)(KNF), THE JUDGE RECENTLY GRANTED ME A LEAVE TO AMEND MY COMPLAINT AND AS YOU MAY KNOW I HAVE A DEADLINE DATE I REALLY REALLY BEG YOU TO PLEASE SEND TO ME TODAY OR AS SOON AS POSSIBLE THEREAFTER A COPY OF THE ABOVE REQUESTED DOCUMENT'S AS THEY ARE ESSENTIAL TO CORRECTLY FILING/WRITING MY AMENDED COMPLAINT, ALSO IF YOU WOULD PLEASE ENCLOSE A COPY OF THE ORGINAL FILED COMPLAINT AS WILL I WOULD HIGHLY APPRECIATE IT THANK YOU IN ADVANCE FOR ANY ASSISTANCE YOU

MAY PROVIDE TO ME IN THIS MATTER AGAIN MS. KRAJICK AS YOU SHOULD KNOW THAT THIS IS A TIME SENSITIVE MATTER, PLEASE ACKNOWLEDGE RECEIPT OF THIS LETTER/ REQUEST ONCE YOU ARE IN RECEIPT OF IT SO THAT I KNOW THAT YOU HAVE RECEIVED MY REQUEST, AGAIN I THANK YOU IN ADVANCE FOR YOUR ASSISTANCE IN THIS MATTER AND I LOOK FORWARD TO AN IMMEDIATE RESPONSE AGAIN GOD BLESS!!!!!

SINCERELY & RESPECTFULLY

MR KENNETH NICHOLSON
PLAINTIFF PRO SE

[ PAGE 2 OF 2 ]

PAGE 4 OF 4

**GREAT MEADOW CORRECTIONAL FACILITY**
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: Kenneth Nicholson  DIN: 09A5751

Pro-Se
7-7-14
TV

Ms. Ruby J. Krajick, Chief Clerk;
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312